

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D-2 Ryan Vinco,

    Defendant.

Criminal No. 11-20203

Honorable Avern Cohn



FILED DEC 10 2013 CLERK'S OFFICE DETROIT

## DEFENDANT'S ACKNOWLEDGMENT OF FIRST SUPERSEDING INFORMATION

I, RYAN VINCO, defendant in this case, hereby acknowledge that I have received a copy of the **First Superseding Information** before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count One: Up to 20 years in prison, a $200,000 fine, or both.

_____
RYAN VINCO
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
MARK J. KRIGER
Counsel for Defendant

Dated: 12/10/13